# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

REX CUNNINGHAM,  )
    Petitioner  )
      )
    v.  )  CIVIL ACTION NO. 3:10-CV-30077 -MAP
      )
JEFFREY GRONDOLSKY,  )
    Respondent  )

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the respondent Jeffrey Grondolsky, against the petitioner Rex Cunningham, pursuant to the court's memorandum and order entered this date, granting respondent's motion to dismiss.

                                          **SARAH A. THORNTON**,
                                          CLERK OF COURT

Dated:  October 28, 2010            By  /s/ *Maurice G. Lindsay*
                                          Maurice G. Lindsay
                                          Deputy Clerk

(Civil Judgment re Pet v. Resp3 (rutine).wpd - 11/98)
                [jgm.]